IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNINE KEENAN,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>NAZARETH HOSPITAL,<br><br>    *Defendant*. | Civil Action<br><br>No. 23-cv-2754 |

## ORDER

**AND NOW**, this 5th day of August, 2024, upon consideration of Defendant Nazareth Hospital's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 24), Plaintiff's Response thereto (ECF No. 25), and Defendant's Reply Brief (ECF No. 26), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion (ECF No. 24) is **GRANTED** in part and **DENIED** in part as follows:

- Defendant's Motion as it relates to Plaintiff's Title VII and PHRA religious discrimination, accommodation, and retaliation claims (Counts I, II, III, IV, V, VI) is **GRANTED**;
- Defendant's Motion as it relates to Plaintiff's ADA and PHRA disability retaliation claims (Counts VIII, X) is **GRANTED**;
- Defendant's Motion as it relates Plaintiff's ADA and PHRA disability discrimination claims (VII, IX) is **DENIED**;
- Defendant **SHALL** answer Plaintiff's Amended Complaint **no later than August 19, 2025**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**